IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | ) ) | Case No. 21-11238 (CTG) |
| Debtors. | ) ) | (Jointly Administered) |
| | ) | |
| | ) ) | Adversary Proceeding No. 22-50235 (CTG) |
| LVS II SPE XVIII LLC and HVS V LLC, | ) ) | |
| Plaintiffs, | ) ) | Re: Adv. D.I. 1 |
| vs. | ) ) | |
| LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C., and BIG RIVER GRAIN, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

LVS II SPE XVIII LLC ("LVS") and HVS V LLC ("HVS" and together with LVS, "Plaintiffs"), plaintiffs in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby voluntarily dismiss the Adversary Proceeding with prejudice pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with the terms of that certain *Settlement Agreement*, dated as of April 28, 2022, by and among Agspring Mississippi Region, LLC, Agspring MS 1, LLC, Agspring MS,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

RLF1 8104056v.1

LLC, Lake Providence Grain and Rice LLC, Bayou Grain & Chemical Corporation, Agspring LLC, Agspring Holdco, LLC, Plaintiffs, Pacific Investment Management Company LLC, Barings, LLC, Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C., and Big River Grain, LLC, as approved by this Court's *Order Granting Debtors' Motion For Approval of Global Settlement and Resolution By and Between the Agspring Parties and the Tubbs Parties Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code Sections 363 and 105(a)* [D.I. 385; Chapter 11 Case No. 21-11238 (CTG) (Bankr. D. Del.)].

Dated: May 16, 2022                    **RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Jason M. Madron*
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and -

**MOORE & VAN ALLEN PLLC**
Zachary H. Smith (admitted *pro hac vice*)
Gabriel Mathless (admitted *pro hac vice*)
Stephen E. Gruendel (admitted *pro hac vice*)
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 378-1989

*Counsel for Plaintiffs*